William C. Jeanney, Esq.
California State Bar No. 122585
BRADLEY, DRENDEL & JEANNEY
401 Flint St.
Reno, Nevada 89501
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH C. MCDANIEL and
LISA T. McDANIEL,

        Plaintiffs,

  vs.

AETNA LIFE INSURANCE COMPANY,
and DOES 1 through 10, inclusive,

        Defendants.

No.   2:08-cv-00391-MCE-DAD

**STIPULATION AND PROPOSED ORDER OF WITHDRAWAL OF COUNSEL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Roger Dreyer has withdrawn as counsel. He was associated as counsel for the limited purpose of assisting in filing a jury demand until Mr. William Jeanney, a California licensed attorney, received authorization to practice in the Eastern District of California for the United States District Court. Now that Mr. Jeanney has received authorization to practice in this Court, Mr. Dreyer has withdrawn as counsel with the consent of Mr. William Jeanney.

///
///
///
///
///

DATED this 9th day of April 2008.

                        DREYER, BABICH, BUCCOLA
                                      & CALLAHAM, LLP

                        By:  /s/ Roger A. Dreyer, Esq.
                            Roger A. Dreyer, Esq.
                            Attorneys for Plaintiffs


                        BRADLEY, DRENDEL & JEANNEY

                        By: /s/ William Jeanney
                            William Jeanney, Esq.
                            Attorneys for Plaintiffs


UPON GOOD CAUSE SHOWING, Roger Dreyer is hereby withdrawn as counsel of record for Plaintiffs.

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE
(28 U.S.C. §1746)

I am employed in the County of Washoe, State of Nevada. I am over the age of 18 years and not a party to the within action. My business address is 401 Flint Street, Reno, Nevada 89501.

On the date indicated below, at the above-referenced business location, I served a copy of **STIPULATION AND PROPOSED ORDER OF WITHDRAWAL OF COUNSEL** by electronic filing on the parties listed below:

S. Christopher Yoo, Esq.
John M. Sorich, Esq.
Adorno, Yoss, Alvarado & Smith
1 MacArthur Place, Ste. 200
Santa Ana, CA  92707
Attorneys for: Aetna Life Insurance Company

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 23rd day of April, 2008.

/s/ Reva S. Archer
Reva S. Archer
Employee of Bradley, Drendel & Jeanney